IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, §§§§ | |
| Plaintiff, § | CIVIL ACTION NO. 3:08-CV-0438-B |
| v. § | |
| § | ECF |
| RYAN M. REYNOLDS; ET AL. §§ | |
| Defendants. §§§ | |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS
RYAN REYNOLDS, BELLATALIA, LP AND LUGANO FUNDS LLC**

Plaintiff United States Securities and Exchange Commission hereby moves for summary judgment against defendants Ryan Reynolds, Bellatalia, LP and Lugano Funds LLC. In support of its motion, the Commission has filed a supporting brief, the declaration of John E. Kustusch, and an appendix with supporting evidence. Pursuant to Local Rule 56.3, the brief includes the elements for each of the Commission's claims, including the legal and factual grounds for each such element or claim, as well as citations to the pages of the appendix or declaration that support each such element or claim.

Dated: March 24, 2011

Respectfully submitted,

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION

<u>s/ Jonathan S. Polish</u>
By: One of its Attorneys
Jonathan S. Polish (admitted *pro hac vice*)
Timothy S. Leiman (admitted *pro hac vice*)
Attorneys for Plaintiff
Securities and Exchange Commission
175 West Jackson Blvd., Suite 900
Chicago, IL 60604
Telephone: 312-353-7390
Fax: 312 353-7398
*leimant@sec.gov*

## CERTIFICATE OF SERVICE

  I hereby certify that on March 24, 2011, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                 /s/  Jonathan S. Polish