**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| vs. | ) Civil Action No. 3:08-CV-0438-B |
| | ) |
| RYAN M. REYNOLDS, et al. | ) |
| | ) |
| *Defendants.* | ) |

**APPENDIX TO
SECOND SUPPLEMENTAL DECLARATION OF JOHN E. KUSTUSCH
CROSS REFERENCE BETWEEN EXHIBIT NOS. AND APPENDIX PAGE NOS.**

| DECLARATION PAGE NO. | EXHIBIT NO. | S.J. APP. NO. |
|---|---|---|
| 4 | Ex. 1 | S.J. APP. 1-30 |
| 5 | Ex. 2 | S.J. APP. 31-33 |
| 5 | Ex.3 | S.J. APP. 34-40 |
| 5 | Ex. 4 | S.J. APP. 41 |
| 5 | Ex. 5 | S.J. APP. 42-54 |
| 6 | Ex. 6 | S.J. APP. 55-56 |
| 7 | Ex. 7 | S.J. APP. 57-62 |
| 7 | Ex. 8 | S.J. APP. 63 |
| 8 | Ex. 9 | S.J. APP. 64-67 |

Timothy S. Leiman
Jonathan S. Polish
**UNITED STATES SECURITIES
AND EXCHANGE COMMISSION**
175 W. Jackson Blvd., Suite 900
Chicago, Illinois 60604
(312) 353-7390

Dated: March 24, 2011

-2-

## CERTIFICATE OF SERVICE

    I hereby certify that on March 25, 2011, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                 /s/  Jonathan S. Polish